IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK E. FIX,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-97 Erie<br>) |
| UNITED STATES OF AMERICA,<br>　　　　Defendant. | )<br>)<br>) |

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Case Management Conference via telephone before the Honorable Susan Paradise Baxter, on July 28, 2005 at 10:00 a.m. Michael C. Colville, Esq., of the U.S. Attorney's Office, is directed to place the conference call to Judge's Baxter's chambers at telephone number (814) 464-9632 with Plaintiff's counsel, Lawrence D. Kerr, Esq.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　s/Leslie R. Wallen

　　　　　　　　　　　　　　　　　　　　　　Leslie R. Wallen
　　　　　　　　　　　　　　　　　　　　　　Judicial Assistant/Courtroom Deputy to
　　　　　　　　　　　　　　　　　　　　　　Judge Baxter
　　　　　　　　　　　　　　　　　　　　　　(814) 464-9630

Dated: April 22, 2004

cc: all parties of record