# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Mark E. Fix )
)
)
Plaintiff )
vs. )   No.    CA 04-97 Erie
United States of America )
)
)
Defendant )

HEARING ON   Case Management Conference (via telephone) 7/28/05

Before   U. S. Magistrate Judge Susan Paradise Baxter

Lawrence D. Kerr, Esq.                          Michael C. Colville, Esq., AUSA

Appear for Plaintiff                                Appear for Defendant

Hearing Begun  10:00           Hearing Adjourned to  10:10

Hearing concluded C.A.V.        Stenographer Janis Ferguson
                                CD:        Index:

WITNESSES
For Plaintiff                          For Defendant

Discovery will close October 31, 2005. A settlement conference will be scheduled by separate Order.

C. Jansen
Law Clerk