**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK E. FIX, | ) | |
|        Plaintiff, | ) | |
|        v. | ) | C.A. No. 04-97 Erie |
| | ) | District Judge Cohill |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
|        Defendant. | ) | |

**CASE MANAGEMENT**
**O R D E R**

AND NOW, this 28th day of July, 2005;

IT IS HEREBY ORDERED that all discovery shall be completed by October 31, 2005.

IT IS FURTHER ORDERED that a Settlement Conference will be held on November 3, 2005 at 10:00 a.m. before Chief United States Magistrate Judge Susan Paradise Baxter, U.S. District Court, 17 South Park Row, Room A280, Erie, PA.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

s/Susan Paradise Baxter
SUSAN PARADISE BAXTER
UNITED STATES MAGISTRATE JUDGE

cc:    all parties of record (lw)