```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK E. FIX,                    )
                                )
      Plaintiff,                )
                                )  CIVIL ACTION NO. 04-97
      v.                        )
                                )  JUDGE COHILL
UNITED STATES OF AMERICA, and   )  MAGISTRATE JUDGE BAXTER
UNITED STATES BUREAU OF PRISONS,)
                                )  (Electronic Filing)
      Defendants.               )
```

## O R D E R

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the Motion for Enlargement of Time to Complete Discovery heretofore filed by Defendant on behalf of the parties, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the parties shall have an additional sixty (60) days, until December 31, 2005, within which to complete discovery.

_____
UNITED STATES DISTRICT JUDGE