IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK E. FIX | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | C.A. No. 04-97 Erie |
| | ) | District Judge Cohill |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
|     Defendant. | ) | |

**O R D E R**

AND NOW, this 26th day of October, 2005;

IT IS HEREBY ORDERED that the motion for extension of time [Document # 32] is GRANTED. The parties shall have until January 6, 2006, to complete discovery.

IT IS FURTHER ORDERED that the Settlement Conference set for November 3, 2005 is canceled. Following the completion of discovery, the parties will have a settlement conference before the undersigned on January 12, 2006 at 10:00 am.

                                                   S/ Susan Paradise Baxter
                                                   SUSAN PARADISE BAXTER
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE