# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Mark E. Fix )
)
)
Plaintiff )
vs. )
United States of America )
)
)
Defendant )

No.    CA 04-97 Erie

**HEARING ON**   January 12, 2006   Settlement Conference

Before   U. S. Magistrate Judge Susan Paradise Baxter

Lawrence D. Kerr, Esq.                      Michael C. Colville, Esq., AUSA

Appear for Plaintiff                        Appear for Defendant

Hearing Begun   10:00                       Hearing Adjourned to   10:75

Hearing concluded C.A.V.                    Stenographer Ron Bench
                                            CD:        Index:

**WITNESSES**

For Plaintiff                               For Defendant

Parties are to exchange expert reports as soon as possible.

Settlement conference to be set for March 7, 2006 at 10:00 AM.

C. Sander
Law Clerk