IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK FIX, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 04-97 Erie |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Defendant. | ) |

### **N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Settlement Conference before the Honorable Susan Paradise Baxter, on March 7, 2006 at 10:00 a.m., United States Courthouse, 17 South Park Row, Room A280, Erie, Pennsylvania. Counsel are to appear with their individual clients or with principals of corporate or other clients at said conference or to instruct such clients or principals to be available by telephone at the time of above conference to facilitate settlement negotiations.

Sincerely,

Leslie R. Wallen
Judicial Assistant/Courtroom Deputy to
Judge Baxter
(814) 464-9630