IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK E. FIX, | CIVIL ACTION |
| Plaintiff, | No. 04-97E |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**ORDER**

AND NOW, this ____ day of March, 2006, upon the request of the plaintiff and the consent of the government, the plaintiff is hereby granted an additional ninety (90) days in which to conduct expert discovery. If the government receives expert reports from the plaintiff which indicate additional expert discovery is necessary, the government shall be entitled to an additional thirty (30) days to conduct its expert discovery.

_____J.