**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK E. FIX** | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )   **C.A. No. 04-97 Erie** |
| | )   **District Judge Cohill** |
| **UNITED STATES OF AMERICA,** | )   **Magistrate Judge Baxter** |
| **Defendant.** | ) |

**O R D E R**

AND NOW, this 3rd day of March, 2006;

Upon the request of Plaintiff and the consent of the government,

IT IS HEREBY ORDERED that Plaintiff's motion for extension of time [Document # 36] is GRANTED.

IT IS FURTHER ORDERED that if the government receives expert reports from Plaintiff that indicate additional expert discovery is necessary, the government shall have an additional thirty days in which to conduct its expert discovery.  No further extensions will be granted without good cause shown.

IT IS FURTHER ORDERED that the Settlement Conference set for March 7, 2006 is canceled and is rescheduled for July 14, 2006 at 10:00 am.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE