# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Mark E. Fix )
)
)
Plaintiff )
vs. )  No.   CA 04-97 Erie
United States of America )
)
)
Defendant )

HEARING ON   July 18, 2006   Settlement Conference

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Lawrence D. Kerr, Esq.                                  Michael C. Colville, Esq., AUSA

Appear for Plaintiff                                                Appear for Defendant

Hearing Begun  10:00                                       Hearing Adjourned to  11:15

Hearing concluded C.A.V.                               Stenographer
                                                                            CD:              Index:

**WITNESSES**

For Plaintiff                                                              For Defendant

π's pre-trial due October 1, 2006.
Δ's pre-trial due October 16, 2006.