IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK E. FIX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-97E |
| v. ) | |
| ) | JUDGE COHILL |
| UNITED STATES OF AMERICA, ) | MAGISTRATE JUDGE BAXTER |
| UNITED STATES BUREAU OF PRISONS,) | |
| ) | *(Electronic Filing)* |
| Defendants. ) | |

## **O R D E R**

AND NOW to wit, this _____ day of _____, 2006, upon consideration of Defendant's Motion to Compel Discovery, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED, that Plaintiff is directed to produce the documents, records and test results which are referenced in Dr. Felder's reports to Defendant within ten (10) days of this Order. Failure to comply with this Order will result in the preclusion of Dr. Felder as an expert witness in the above captioned matter.

_____
UNITED STATES DISTRICT JUDGE