## DISCOVERY DISPUTE CERTIFICATE

I hereby certify that counsel for the parties met on September 6, 2006, to resolve the discovery dispute set forth in the Defendant's Motion to Compel Discovery. The parties have been unable to resolve the matter and discovery remains outstanding.


/s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
PA ID No. 56668