# EXHIBIT E

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

*U.S. Post Office & Courthouse*
*700 Grant Street*
*Suite 400*
*Pittsburgh, Pennsylvania 15219*             *412/644-3500*


July 19, 2006


Lawrence D. Kerr, Esquire
BERK WHITEHEAD
115 North Main Street
Greensburg, PA 15601


    RE: Mark E. Fix v. USA and U.S. Bureau of Prisons
        Civil Action No. 04-97E

Dear Mr. Kerr:

    As follow up to our meeting yesterday with Magistrate Judge Baxter please allow me to remind you of your promise to provide me with the following:

1. copies of any and all MRI films not previously provided;
2. copies of any and all records or reports related to tests conducted by Dr. Felder;
3. expert report of Dr. DeMarco if you intend to call him as a witness;
4. copies of any and all medical records of treatment provide by Dr. Joseph since October 2005, and;
5. the PDF that you recalled sending to me previously with Dr. Joseph's various reports.

As I explained to you in the Judge's conference room, I need to provide the above materials to my own experts so that they can supplement their reports in a timely manner. As such, your immediate attention to these matter is greatly appreciated.

July 19, 2006
Page 2


    If you should have any questions or concerns regarding the same, please fell free to call me at any time. I can be reached at (412) 894-7337.

                        Sincerely,

                        MARY BETH BUCHANAN
                        United States Attorney

                        MICHAEL C. COLVILLE
                        Assistant U.S. Attorney