# EXHIBIT G

## Colville, Michael (USAPAW)

| | |
|---|---|
| From: | Colville, Michael (USAPAW) |
| Sent: | Tuesday, August 22, 2006 11:49 AM |
| To: | lkerr@bwc-law.com |
| Cc: | OConnor, Philip (USAPAW) |
| Subject: | Medical records and MRI films |

Larry, what is happening with my request for the medical records and MRI films referenced in Dr. Felder's expert report? As you know, a considerable amout of time has lapsed since you first agreed to provide me with these records. I am assuming that the delay is from Dr. Felder's end, but I must get these records to my own experts so that they may review the records and amend their reports if necessary.

If you are unable to forward the records to me on or before September 8, 2006, I will have no option other than to file a Motion to Compel and/or subpoena them from Dr. Felder directly. Hopefully this can be avoided.

Thanks Larry.  --Mike

1