IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK E. FIX,                             )
       Plaintiff,                    )
                                     )
       v.                            ) Civil Action No. 04-97 Erie
                                     )
UNITED STATES OF AMERICA, et al,         )
       Defendants.                   )

**ORDER**

AND NOW, this 20th Day of September, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the Motion to Compel Discovery (Doc. #39) before the Honorable Susan Paradise Baxter, on Tuesday, September 26, 2006, at 11:00 a.m. Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                          s/Susan Paradise Baxter
                                         SUSAN PARADISE BAXTER
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)