IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK E. FIX | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | C.A. No. 04-97 Erie |
| | ) | District Judge Cohill |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Baxter |
|     **Defendant.** | ) | |

## O R D E R

AND NOW, this 25th day of September, 2006;

IT IS HEREBY ORDERED that Defendant's motion to compel [Document # 39] is GRANTED. Plaintiff is directed to produce the documents, records and test results which are referenced in Dr. Felder's reports to Defendant before October 3, 2006. Failure to comply with this Order will result in the preclusion of Dr. Felder as an expert witness in this case.

IT IS FURTHER ORDERED that the hearing scheduled for September 26, 2006 is CANCELED.

                                                                S/ Susan Paradise Baxter
                                                                SUSAN PARADISE BAXTER
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE