IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK E. FIX, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al, )<br>    Defendants. ) | C.A. No. 04-97 Erie |

### TRIAL MANAGEMENT ORDER

AND NOW, this 5th day of October, 2006, it is hereby ORDERED, ADJUDGED, AND DECREED that a non-jury bench trial of this matter shall commence on Monday, February 26, 2007 at 10:00 am in Courtroom #8A, United States Courthouse and Post Office, 700 Grant Street, Pittsburgh, Pennsylvania 15219. The trial is expected to last approximately one week.

It is further ORDERED, ADJUDGED AND DECREED that:

1. Any Motions in Limine shall be filed no later than Friday, February 2, 2007. Responses to Motions in Limine shall be filed no later than Friday, February 9, 2007.

2. The parties shall file joint stipulations as to facts, issues to be decided, authenticity and admissibility of exhibits, expert qualifications and reports, and deposition testimony to be read into the record no later than Friday, February 16, 2007.

3. Objections to the admissibility of any portion of deposition testimony shall be identified and submitted to the Court by Friday, February 23, 2007.

4. The anticipated absence of any witness shall not be sufficient cause to delay the trial. Video tape deposition service is available through the Clerk of Court.

5. All exhibits must be marked and exchanged in advance of trial. Copies are to be provided to the Court at the beginning of the trial in binders properly labeled ("Plaintiff's Exhibits" and "Defendant's Exhibits"). Counsel shall also provide the Court with two copies of witness and exhibit lists at the beginning of the trial.

6. Any exhibit which has not been identified by counsel in a pretrial narrative statement, except an exhibit to be used solely for impeachment purposes, shall not be admitted as evidence.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge