# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

February 21, 2007

Lawrence D. Kerr, Esquire
Asst. U.S. Atty. Michael Colville

In re:   Fix vs. United States of America
         Civil Action No. 04-97-E

Counsel:

     Please be advised that the non-jury bench trial scheduled to commence on Monday, February 26, 2007, at 10:00 a.m. is hereby **RESCHEDULED** and will commence on **Tuesday, February 27, 2007, at 10:00 a.m.** in **Courtroom 8A, United States Post Office and Courthouse, Pittsburgh, Pennsylvania**.

     If you have any questions regarding this matter, feel free to contact me as soon as possible.

     Very truly yours,

     s/Karen M. Wilson
     Administrative Assistant to
     Judge Maurice B. Cohill, Jr.