# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

February 22, 2007

Lawrence D. Kerr, Esquire
Asst. U.S. Atty. Michael Colville

In re:   Fix vs. United States of America
         Civil Action No. 04-97-E

Counsel:

    Please be advised that the non-jury bench trial scheduled to commence on Tuesday, February 27, 2007, at 10:00 a.m. is hereby **RESCHEDULED** and will commence on **Monday, February 26, 2007, at 1:00 p.m.** in **Courtroom 8A, United States Post Office and Courthouse, Pittsburgh, Pennsylvania**.

    If you have any questions regarding this matter, feel free to contact me as soon as possible.

                                  Very truly yours,

                                  s/Karen M. Wilson
                                  Administrative Assistant to
                                  Judge Maurice B. Cohill, Jr.