# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Fix )
)
)
)
USA vs. )    04-97E
)
)
)
Defendants )

HEARING ON Pre-trial Conference

Before Judge Maurice B. Cohill, Jr.

Lawrence Kerr                    Michael Colville

_Appear for Plaintiff_            _Appear for Defendant_

Hearing Begun 10:00 am on 2-27-07    Hrg Adjourned to

Hrg concluded C.A.V. 10:06 am on 2-27-07    Clerk/Stenographer BF Marzue

WITNESSES

For Plaintiff                    For Defendant

Court discussed introduction of exhibits at trial with counsel.