AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __PA__

__Fix__
V.
__U.S.__

**EXHIBIT LIST**

Case Number: __04-97E__

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cohill | Kerr | Colville |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2-27-07 to 3-1-07 | Sherman + Pease | Marzine |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | X | X | FTCA claim form |
| 2 | | | X | X | FTCA denial |
| 3 | | | X | X | medical records |
| 4 | | | X | X | Hamandi depo |
| 5 | | | X | X | medical records |
| 6 | | | X | X | blood test |
| 7 | | | X | X | pharmacy records |
| 8 | | | X | X | Daube report |
| 9 | | | X | X | Joseph cv |
| 10 | | | X | X | DiMarco cv |
| 11 | | | X | X | CV + report of Kirwan |
| 12 | | | X | X | articles |
| | | | X | X | Felder deposition |
| | | | X | X | Wormser deposition |
| | A | | X | X | PSR + medical records |
| | B | | X | X | tax info |
| | C | | X | X | lab reports |
| | D | | X | X | medical records |
| | E | | | | |
| | F | | X | X | CD |
| | G | | X | X | med. records |
| | H | | X | X | med. records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __PA__

Fix
v.
U.S.

**EXHIBIT LIST**

Case Number: 04-97E

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cohill | Kerr | Colville |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Feb. 27, 2007 – March 1, 2007 | Sherman + Pease | Marzina |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | J |  | x | x | labs summary |
|  | K |  | x | x | letters |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages