IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Fixx )
)
)
)
vs. ) 04-97 E
United States )
)
)
Defendants )

HEARING ON _non-jury trial_

Before _J. Maurice B. Cohill, Jr_
_Michael Colville_

_Lawrence Kerr_

Appear for Plaintiff · Appear for Defendant

Hearing Begun 2-27-07 at 10:06 · Hrg Adjourned to 2-28-07 at 9:30

Hrg concluded C.A.V. 3-1-07 at 5:45pm · Stenographer P. Slerman; V. Pers
Clerk B7 marzua

WITNESSES

For Plaintiff · For Defendant

Mark Fixx
Wadie Hamandi - by deposition · Had by Sharon Fixx
Dr. Joseph T. Joseph
Dr. Anthony Dimarco · Dr. Rock Heyman
Donald Kirwan · Dr. Wormser - by deposition
Sharon Fix
Dr. Felder by deposition
Findings of fact and conclusions of law to follow