IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK FIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-97E |
| | ) | |
| UNITED STATES OF AMERICA, | ) | District Judge Cohill |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, to-wit, this __14th__ day of August, 2007, after careful consideration and for the reasons set forth in the Opinion accompanying this Order, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment is hereby entered in favor of Defendant United States of America and against Plaintiff Mark Fix. The Clerk of Court shall mark this case "CLOSED."

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge